THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY McGLORY, True Name HENRY MESSENGER, Appellant.— Judgment of conviction of the

---

* Affd., 262 N. Y. —.          † Revd., 262 N. Y. 107.

County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.